IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff

vs                                                              CIVIL 12-1994CCC

JOSE POLANCO-RODRIGUEZ

Defendant

## JUDGMENT

Having considered the Stipulation for Consent Judgment filed by the parties on December 7, 2012 (**docket entry 2**), which is NOTED, it is ORDERED and ADJUDGED that judgment be and is hereby entered in favor of plaintiff United States of America and against defendant José Polanco-Rodríguez pursuant to the terms and conditions of said Stipulation which are adopted by the Court as an integral part of this Judgment.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on December 26, 2012.

S/CARMEN CONSUELO CEREZO
United States District Judge